UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Nationstar Mortgage LLC )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Joseph Dunne )<br>Defendant, ) | Civil No. 2:19-cv-00238-NT |

### JUDGMENT OF DISMISSAL

In accordance with the Order, issued on November 8, 2019 by U.S. District Judge Nancy Torresen, the plaintiff's complaint is Dismissed without prejudice.

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Melody Whitten
      Deputy Clerk

Dated: November 12, 2019